UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE CHARTER OAK FIRE INSURANCE COMPANY,

          Plaintiff,

-v-

HUDSON EXCESS INSURANCE COMPANY,

          Defendant.

CIVIL ACTION NO.: 21 Civ. 8811 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the status conference held today, June 8, 2022, the Court orders that by **Friday, July 8, 2022**, Plaintiff shall file a status letter (i) discussing whether Defendant has responded to Plaintiff's interrogatories, and Plaintiff's letter regarding Defendant's duty to defend, and (ii) if the parties have not been able to reach agreement on the duty to defend, advising the Court whether to set a briefing schedule for Motions for Partial Summary Judgment.

Dated:    New York, New York
          June 8, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**