UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE CHARTER OAK FIRE INSURANCE COMPANY,

Plaintiff,

-v-

CIVIL ACTION NO.: 21 Civ. 8811 (ALC) (SLC)

HUDSON EXCESS INSURANCE COMPANY,

**ORDER**

Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

On November 21, 2022, the Court directed the parties to file a stipulation of dismissal for review and endorsement by the Honorable Andrew L. Carter, Jr. (the "Stipulation").  (ECF No. 23). To date, the parties have not filed the Stipulation.  Accordingly, by **Wednesday, December 28, 2022**, the parties shall file either (i) the Stipulation, or (ii) a  joint letter advising the Court of the status of settlement.

Dated:      New York, New York
            December 22, 2022

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**