# MELITO & ADOLFSEN P.C.

ATTORNEYS AT LAW

| | | | |
|---|---|---|---|
| LOUIS G. ADOLFSEN ∆<br>IGNATIUS JOHN MELITO<br>JOHN H. SOMOZA | STEVEN I. LEWBEL *<br>ROBERT D. ELY<br>MICHAEL F. PANAYOTOU<br>PANTELIS D GALLIS | WOOLWORTH BUILDING<br>233 BROADWAY, STE. 2070<br>NEW YORK, N.Y. 10279-0118 | MELITO & ADOLFSEN<br>2500 PLAZA 5<br>HARBORSIDE FINANCIAL CENTER<br>JERSEY CITY, N.J. 07311<br>TEL (201) 985-0011<br>FAX (201) 985-9656 |
| | S. DWIGHT STEPHENS ○ ∆<br>RANIA SHOUKIER<br>OF COUNSEL | TELEPHONE (212) 238-8900<br>FAX (212) 238-8999 | |

* NJ BAR
○ CT BAR
∆ DC BAR

**VIA CM/ECF**
Hon. Sarah L. Cave, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> By **Tuesday, February 28, 2023**, the parties shall file a stipulation of dismissal for review and endorsement by the Honorable Andrew L. Carter, Jr.
>
> The Clerk of Court is respectfully directed to close ECF No. 27.
>
> SO ORDERED 01/31/23
>
> *Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

Re:   *The Charter Oak Fire Insurance Company v. Hudson Excess Insurance Company*
     Civ. Action No.:        21-cv-08811 (ALC) (SLC)
     Our File No.:           0835/654

Dear Judge Cave:

    Our office represents defendant Hudson Excess Insurance Company ("Hudson") and submits this joint status report together with counsel for plaintiff The Charter Oak Fire Insurance Company ("Charter Oak") pursuant to the Court's Order (CM/ECF #25).

    The parties have finalized the settlement agreement and it has been signed by plaintiff and provided to defendant, who will now process the defense cost reimbursement. The parties respectfully request until February 28, 2023 to file a dismissal without prejudice or to otherwise advise the Court if additional time is needed due to something presently unforeseen.

    We thank the Court for the consideration of this request.

                                    Respectfully Submitted,

                                    Michael F. Panayotou

Hon. Sara L. Cave, U.S.M.J.
*Charter Oak v. Hudson*
21-cv-008811 (ALC) (SLC)
January 31, 2023
Page 2 of 2


CC:    *Via CM/ECF*
        Joanne Engeldrum, Esq.
        **RIVKIN RADLER LLP**
        *Attorneys for Plaintiff*