```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/1/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**THE CHARTER OAK FIRE INSURANCE COMPANY,**

    Plaintiff,

 -against-

**HUDSON EXCESS INSURANCE COMPANY,**

    Defendant.

21-cv-08811 (ALC)

<u>Order</u>

**ANDREW L. CARTER, United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within **thirty days.** The Clerk of the Court is respectfully directed to terminate ECF No. 29.

**SO ORDERED.**

Dated: **March 1, 2023**
    **New York, New York**

*/s/ Andrew L. Carter, Jr.*

    **ANDREW L. CARTER, JR.**
    **United States District Judge**